# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CASTANEDA, | Case No. 1:15-cv-00148-JAM-SKO |
| Plaintiff, | **ORDER THAT THE THIRD AND FOURTH CAUSES OF ACTION BE DISMISSED FROM THE COMPLAINT WITH PREJUDICE** |
| v. | |
| | (Doc. 15) |
| CITY OF FARMERSVILLE, CALIFORNIA, a political subdivision of the County of Tulare, State of California; Officer JEREMY BROGAN, an individual; Police Chief MARIO KRSTIC, as an individual and in his capacity as Chief of Farmersville Police Department and Farmersville City Manager, and DOES 1-10, | |
| Defendants. | |

The Court has received and reviewed the parties' stipulation for amendment of the Complaint. The Court accepts the stipulation and orders that the Third and Fourth Claims for Relief are dismissed, with prejudice. Plaintiff may file an amended complaint that shall restate the First and Second Claims for Relief. *See* 42 U.S.C. § 1983.

The hearing previously set for March 25, 2015, is hereby vacated.

IT IS SO ORDERED.

Dated:  **March 25, 2015**          /s/ Sheila K. Oberto
                                    UNITED STATES MAGISTRATE JUDGE