```
 1  Bruce D. Praet  SBN 119430
    G. Craig Smith SBN 265676
 2  **FERGUSON, PRAET & SHERMAN**
    A Professional Corporation
 3  1631 East 18th Street
    Santa Ana, California  92705-7101
 4  (714) 953-5300 telephone
    (714) 953-1143 facsimile
 5  Bpraet@aol.com
    Csmith@law4cops.com
 6

 7  Attorneys for Defendants

 8

 9                UNITED STATES DISTRICT COURT

10                EASTERN DISTRICT OF CALIFORNIA

11

12  MIKE CASTANEDA,                 )  NO. 1:15-CV-00148 SKO
                                    )
13          Plaintiff,              )  **JOINT STIPULATION TO
                                    )  EXTEND TIME TO ALLOW
14      vs.                         )  SETTLEMENT DOCUMENTS
                                    )  TO BE FILED**
15  CITY OF FARMERSVILLE,           )
    CALIFORNIA, a political subdivision of )
16  the County of Tulare, State of California; )
    Officer JEREMY BROGAN, an       )  **HON: SHEILA K. OBERTO
17  individual; Police Chief MARIO  )  U.S. MAGISTRATE JUDGE**
    KRSTIC, as an individual and in his )
18  capacity as Chief of Farmersville Police )
    Department and Farmersville City )
19  Manager, and DOES 1-10,         )
                                    )
20          Defendants.             )
                                    )
21  _____  )

22

23      IT IS HEREBY STIPULATED by and between the parties and their

24  respective attorneys of record, John J. Sarsfield, Attorney for Plaintiff, and G.

25  Craig Smith, attorney for Defendants in the above entitled action, as follows:

26      1.   On April 14, 2017, the Parties settled the above entitled matter. A

27  Notice of Pending Settlement was filed with the Court. This Court vacated all

28  trial dates and ordered that all trial documents be filed as of May 8, 2017.

        2.   The Settlement Documents have been exchanged. At this time,
```

1

JOINT STIP TO EXTEND TIME TO FILE SETTLEMENT DOCUMENTS

the Parties are awaiting for signatures and approval of City Council.

3. Pursuant to this Court's Minute Order of April 14, 2017 (Dkt. No. 32, all Settlement documents are to be filed on or before today's date.

4. The Parties agree and request that this Court grant a twenty-one (21) day extension to file all settlement documents.

Dated: May 8, 2017      FERGUSON, PRAET & SHERMAN
                        A Professional Corporation

                        By:  /s/ G. Craig Smith
                             G. Craig Smith
                             Attorneys for Defendants

Dated: May 8, 2017      LAW OFFICES OF MELO AND SARSFIELD


                        By:  /s/ John J. Sarsfield
                             John J. Sarsfield, Attorney for Plaintiff

JOINT STIP TO EXTEND TIME TO FILE SETTLEMENT DOCUMENTS

Ferguson, Praet & Sherman, APC
G. Craig Smith  SBN 265676
1631 E. 18th Street
Santa Ana, California 92705
(714) 953-5300 telephone
(714) 953-1143 facsimile
csmith@law4cops.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE CASTANEDA, | No.: 1:15-cv-00148 JAM SKO |
| Plaintiff, | |
| v. | |
| OFFICER JEREMY BROGAN and | [PROPOSED] ORDER |
| DOES 1 through 10, | |
| Defendants. | |

**IT IS HEREBY ORDERED:**

All settlement documents shall be filed on or before May 30, 2017.

Dated: 5-10-17

Honorable John A. Mendez
U.S. District Court Judge

1