MARGUERITE MELO, SBN 167782
JOHN SARSFIELD, SBN 138971
LAW OFFICES OF MELO AND SARSFIELD LLP
4216 S. MOONEY BLVD PMB 136
VISALIA CA 93277
TEL: 559 732 3000
FAX: 559 732 3005
E-MAIL:  meloandsarsfield@icloud.com

Attorneys for Plaintiff Mike Castaneda

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Mike Castaneda,** | ) CASE NO. 1:15-cv-00148-JAM |
| **Plaintiff,** | ) **STIPULATION FOR** |
| | ) **DISMISSAL OF COMPLAINT** |
| | ) **WITH PREJUDICE** |
| v. | ) **AND ORDER THEREON.** |
| **Officer Jeremy Brogan, and Does 1 - 10,** | ) |
| | ) **Hon. John A. Mendez** |
| **Defendants.** | ) |

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON**

IT IS HEREBY STIPULATED by and between Plaintiff MIKE CASTANEDA and Defendant Jeremy Brogan that the COMPLAINT filed herein shall be dismissed with prejudice. The respective parties shall each bear their own costs and attorneys' fees. Additionally, the parties and each of them further stipulate that:

1

STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE AND ORDER THEREON.

1. The parties agree to abide by the confidential settlement agreement previously executed between them, and the City of Farmersville.

2. Each party to this stipulation is releasing and discharging the other for all rights, claims, demands and damages, of any kind, both known and unknown, existing or arising in the future, resulting from or in any way related to the allegations in this matter as described in the complaint on file herein.

Dated: June 1, 2017         /s/_____
                            Mike Castaneda
                            Plaintiff


Dated: June 27, 2017        /s/_____
                            Jeremy Brogan
                            Defendant


Approved as to form:


Dated: June 1, 2017         LAW OFFICES OF MELO AND
                            SARSFIELD, LLP


                            By: /s/_____
                            John Sarsfield, Esq.
                            Attorneys for Plaintiff

2
STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE AND ORDER THEREON.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: June 29, 2017 | Ferguson, Praet & Sherman APC |
| 3 | | |
| 4 | | By: __/s/_____ |
| 5 | | G. Craig Smith, Esq.<br>Attorneys for Defendant |

3

STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE AND ORDER THEREON.

MARGUERITE MELO, SBN 167782
JOHN SARSFIELD, SBN 138971
LAW OFFICES OF MELO AND SARSFIELD LLP
4216 S. MOONEY BLVD PMB 136
VISALIA CA 93277
TEL: 559 732 3000
FAX: 559 732 3005
E-MAIL:  meloandsarsfield@icloud.com

Attorneys for Plaintiff Mike Castaneda

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Mike Castaneda,** | ) CASE NO. 1:15-cv-00148-JAM |
| **Plaintiff,** | ) **STIPULATION FOR** |
| | ) **DISMISSAL OF COMPLAINT** |
| | ) **WITH PREJUDICE** |
| **v.** | ) **AND ORDER THEREON.** |
| **Officer Jeremy Brogan, and Does 1 - 10,** | ) |
| | ) **Hon. John A. Mendez** |
| **Defendants.** | ) |

### **ORDER**

Based on the Stipulation of the parties hereto and good cause appearing therefor, **IT IS ORDERED** that the Complaint of Plaintiff Mike Castaneda is dismissed with prejudice. The respective parties shall each bear their own costs and attorneys' fees.

4
STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE AND ORDER THEREON.

Dated: 7/17/2017

/s/ John A. Mendez_____
HON. JOHN A. MENDEZ
JUDGE OF THE UNITED STATES
DISTRICT COURT

5
STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE AND ORDER THEREON.